UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GABRIEL B. HESSE AND<br>SHERYL L. HESSE | : | NO.: |
| v. | : | |
| EAST WINDSOR POLICE DEPARTMENT,<br>DETECTIVE SCOTT ROBERTS AND<br>DETECTIVE DAN TESSIER | : | DECEMBER 27, 2024 |

**NOTICE OF REMOVAL**

To the United States District Court for the District of Connecticut:

Pursuant to 28 U.S.C. §§ 1441, 1443 and 1446, the defendants, **East Windsor Police Department, Detective Scott Roberts** and **Detective Dan Tessier**, hereby give notice that they have removed this action from the Superior Court of Connecticut, Judicial District of Tolland at Rockville, for the following reasons:

1. Plaintiffs commenced the instant action against the defendants by service of a Summons and Complaint dated November 22, 2024. The plaintiffs served a copy of the Summons and Complaint upon the defendants on December 2, 2024.

2. The action was returnable in the Superior Court for the Judicial District of Tolland at Rockville on December 17, 2024.

3. The above-described action is a civil action and is one which may be removed to the Court by the defendants pursuant to the provisions of Title 28, United States Code §§ 1441, 1331, and 1343(3).

4. The above-described action is a civil action and is one which may be removed to the Court by petitioners, defendants therein, pursuant to the provisions of Title 28, United States Code § 1331, as the Complaint asserts a federal question and the deprivation of constitutionally protected civil rights.

5. The plaintiffs are citizens within the State of Connecticut.

6. The defendants are a town police department and detectives within the State of Connecticut.

7. Specifically, the Complaint brings claims of civil rights violations of false arrest and possibly malicious prosecution. See Compl.

8. The defendants deny the plaintiffs' material allegations.

9. Accordingly, this Court has original jurisdiction of this action under 28 U.S.C. §§ 1331, 1332, and supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

10. The action may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

11. Attached hereto as **Exhibit A**, in compliance with 28 U.S.C. § 1446(a), are complete and accurate copies of the process and operative pleadings received by the defendants.

WHEREFORE, the petitioners pray that the above action now pending in the Superior Court of Tolland at Rockville be removed therefrom to this Court.

DEFENDANTS,
EAST WINDSOR POLICE DEPARTMENT, DETECTIVE SCOTT ROBERTS AND DETECTIVE DAN TESSIER

By /s/ Katherine E. Rule
Katherine E. Rule
ct27360
Howd & Ludorf, LLC
100 Great Meadow Road, Suite 201
Wethersfield, CT 06109
Ph: (860) 249-1361
Fax: (860) 249-7665
E-mail: krule@hl-law.com

## CERTIFICATION

This is to certify that on **December 27, 2024**, a copy of the foregoing **Notice of Removal** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Mr. Gabriel B. Hesse
Mrs. Sheryl L. Hesse
255 S. Main Street, Lot 10
East Windsor, CT 06088

/s/ Katherine E. Rule
Katherine E. Rule