**SUMMONS - CIVIL**
JD-CV-1 Rev. 2-22
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

For information on ADA accommodations, contact a court clerk or go to: ***www.jud.ct.gov/ADA.***

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**

By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* | Telephone number of clerk | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 69 Brooklyn St Vernon, CT 06066 | (860)896-4920 | 12-17-24 |
| ☒ Judicial District ☐ Housing Session ☐ G.A. Number: ___ At *(City/Town)* Rockville | | Case type code *(See list on page 2)* Major: Minor: T70 |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(if attorney or law firm)* |
|---|---|
| Gabriel Hesse 255 S. Main St lot 10 E Windsor CT 06088 | |

| Telephone number | Signature of plaintiff *(if self-represented)* |
|---|---|
| 9595296305 | X [signature] |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☒ Yes ☐ No

E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)*: gabrielhesse055@gmail.com

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| First plaintiff | Name: Hesse Gabriel B<br>Address: 255 S. Main St lot 10 E. Windsor, CT 06088 | P-01 |
| Additional plaintiff | Name: Hesse Sheryl L<br>Address: 255 S. Main St lot 10 E Windsor, CT 06088 | P-02 |
| First defendant | Name: East Windsor Police department<br>Address: 25 School St E Windsor, CT 06088 | D-01 |
| Additional defendant | Name: Det. Scott Roberts<br>Address: 25 School St E Windsor, CT 06088 | D-02 |
| Additional defendant | Name: Det. Dan Tessier<br>Address: 25. School St E Windsor, CT 06088 | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |
| Total number of plaintiffs: 2 | Total number of defendants: 3 | ☐ Form JD-CV-2 attached for additional parties |

RECEIVED
Town of East Windsor
Town Clerks Office
DEC 02 2024 @ 1:33pm
By: [signature]
Asst. Town Clerk

## Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.

**The court staff is not allowed to give advice on legal matters.**

| Date | Signed *(Sign and select proper box)* | | Name of person signing |
|---|---|---|---|
| 11-26-2024 | Zachary Sanchirico | ☐ Commissioner of Superior Court ☒ Admin. Assistant ~~Clerk~~ | Zachary Sanchirico |

If this summons is signed by a Clerk:
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

*For Court Use Only*
File Date

A TRUE COPY ATTEST
[signature]
John J. O'Leary
CT State Marshal - Hartford County

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* X [signature] | Date 11/22/24 | Docket Number |
|---|---|---|---|

Print Form



Reset Form

EXHIBIT A

RETURN DATE: 12 17 24 : SUPERIOR COURT

Gabriel
(First Named Plaintiff)

: JUDICIAL DISTRICT OF Tolland County Court

V. : AT 69 Brooklyn St Vernon, CT 06066

E. Windsor Police department
(First Named Defendant)

: (Date) 11-22-24

**COMPLAINT**

Gabriel Hesse was false arrest for his father's murdered. E. Windsor police department, Det. Scott Roberts and Det. Dan Tessier did not do their jobs. They said Gabriel killed his dad because he stole from his dad, a bleeding screwdriver, and shoes. The bleeding screwdriver in Gabriel is because it was dark and he tripped on it and picked it up and shoes is cause he found his father died. The other thing cause he knew his fathers route, but others did too, and Gabriel told them that. The E. Windsor police haven't found the killer cause they feel Gabriel was the killer and didn't look more into the case. They also thought cause he was on drugs that why he killed him, and again they didn't look deeper. Gabriel was in jail for almost five years and cause of the police he has Ptsd. He losted all his father belongings. So the police owe him alot for pain & suffering and losing all his dad's stuff. There is a lot the police did wrong in this case.

EXHIBIT A

WHEREFORE, the plaintiff claims:
Pain & Suffering
lost property
False arrest

The Plaintiff

By: (Name) Gabriel Hesse
(Signature) [signature]
(Address) 255 S. Main St lot 10
E. Windsor, CT 06088
(Phone No.) 959-529-6305
(Email) gabrielhesse055@gmail.com

A TRUE COPY ATTEST
John J. O'Leary
CT State Marshal - Hartford County

EXHIBIT A

RETURN DATE: 12 17 24

Gabriel
(First Named Plaintiff)

V.

E. Windsor Police Department
(First Named Defendant)

: SUPERIOR COURT

: JUDICIAL DISTRICT OF Tolland County Court

: AT 69 Brooklyn St Vernon CT 06066

: (Date) 11/22/24

**Statement of Amount in Demand**

The amount, legal interest or property in demand is $15,000.00 or more, exclusive of interest and costs.

**OR**

The amount, legal interest or property in demand is $2,500.00 or more, but less than $15,000.00, exclusive of interest and costs. [ *If a contract action seeking only money damages, add:]* The remedy sought is (not) based upon an express or implied promise to pay a definite sum.

**OR**

The amount, legal interest or property in demand is less than $2,500.00, exclusive of interest and costs.

THE PLAINTIFF

By: (Name) Gabriel Hesse, pro se

(Signature) [signature]

(Address) 255 S. Main St Lot 10
E. Windsor CT 06088

(Phone No.) 959-529-6305

**A TRUE COPY ATTEST**

**John J. O'Leary**
**CT State Marshal - Hartford County**

EXHIBIT A