UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GABRIEL B. HESSE AND<br>SHERYL L. HESSE<br><br>v.<br><br>EAST WINDSOR POLICE DEPARTMENT,<br>DETECTIVE SCOTT ROBERTS AND<br>DETECTIVE DAN TESSIER | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | NO.:<br><br><br><br><br><br><br>DECEMBER 27, 2024 |

**JURY DEMAND**

The defendants, **East Windsor Police Department, Detective Scott Roberts** and **Detective Dan Tessier**, demand a trial by jury.

DEFENDANTS,
EAST WINDSOR POLICE DEPARTMENT, DETECTIVE SCOTT ROBERTS AND DETECTIVE DAN TESSIER

By /s/ Katherine E. Rule
Katherine E. Rule
ct27360
Howd & Ludorf, LLC
100 Great Meadow Road, Suite 201
Wethersfield, CT 06109
Ph: (860) 249-1361
Fax: (860) 249-7665
E-mail: krule@hl-law.com

**CERTIFICATION**

This is to certify that on **December 27, 2024**, a copy of the foregoing **Jury Demand** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Mr. Gabriel B. Hesse
Mrs. Sheryl L. Hesse
255 S. Main Street, Lot 10
East Windsor, CT 06088

/s/ Katherine E. Rule
Katherine E. Rule